IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVEN WAYNE GOODRICH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CASE NO. 2:14cv-540-WHA |
| | ) |
| UNITED STATES OF AMERICA, | )            (WO) |
| | ) |
| Respondent. | ) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #2), entered on June 24, 2014, and the Petitioner's Argument in Opposition (Doc. #9), filed on July 28, 2014.

After an independent evaluation and *de novo* review of the file in this case, the objection lacks merit and is hereby OVERRULED, because the Petitioner has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider a successive § 2255 motion. The Recommendation of the Magistrate Judge is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED with prejudice. Final Judgment will be entered accordingly.

DONE this 29th day of July, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE