IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVEN WAYNE GOODRICH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CASE NO.  2:14cv-540-WHA |
| ) | |
| UNITED STATES OF AMERICA, ) | (WO) |
| ) | |
| Respondent. ) | |

## **FINAL JUDGMENT**

In accordance with the order of the court entered on this day,

Final Judgment is entered in favor of the Respondent and against the Petitioner, Steven Wayne Goodrich.  This case is DISMISSED with prejudice for failure of the Petitioner to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing a successive petition.

DONE this 29th day of July, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE